## KOONTZ v KELLER
### (Two Cases)

Ohio Appeals, 5th Dist, Licking Co

Decided May 26, 1936

Randolph & Johnson, Newark, for appellant.

Fitzgibbon & Fitzgibbon, Newark, for appellee.

For full opinion see 6 OO 334; 52 Oh Ap 265.